335 A.2d 352
COMMONWEALTH of Pennsylvania
v.
Joseph REED, Appellant.

Supreme Court of Pennsylvania.

Argued April 16, 1974.

Decided April 17, 1975.

Michael J. Stack, Jr., Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Richard A. Sprague, 1st Asst. Dist. Atty., David Richman, Asst. Dist. Atty., Chief, Appeals Division, Maxine Stotland, Abraham J. Gafni, Deputy Dist. Attys. for Law, Philadelphia, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

OPINION OF THE COURT

PER CURIAM.

The judgment of sentence is affirmed.

MANDERINO, J., dissents.